PATRICK MARTIN, as Administrator, etc., of JOHN P. MARTIN, Deceased, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of CHARLES O. DIBBS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures record on appeal to be filed on or before March 17, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JACOB WINDMAN, Appellant, v. MANGARD BUILDING CORPORATION and Another, Respondents.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HOUSING DEVELOPMENT CORPORATION OF NEW YORK, Respondent, v. SOLOMON D. BERLER, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ALBERT J. SELIGSBERG and Others, Respondents, v. WILLIAM F. HENES, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES H. GREEN-HAUS, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

CHARLES LANG, Respondent, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

A. A. GARAGE, INC., Respondent, v. AL HELLER, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed so appeal can be argued on or before March 31, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

I. BACHMAN & CO., INC., Appellant, v. WILLIAM GOLDSTEIN, Respondent.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EUGENE FLAHIVE, Respondent, v. NEW YORK YELLOW CAB CO. SALES AGENCY, INC., Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LOU SNYDER & CO., INC., Appellant, v. ORETTA LEWIS, Respondent.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MAYEROWITZ, WOLF & CO., INC., Respondent, v. BANCA COMMERCIALE ITALIANA, Appellant.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

PEKIN COOPERAGE COMPANY, Appellant, v. ISADORE SMELANSKY and Others, Respondents.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LOUIS AMOLA, Respondent, v. MAX BERNSTEIN, Appellant.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HAROLD HECHT, Respondent, v. UNIVERSAL EXCHANGE BANK, Appellant.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.